### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| IVANKA, INC. | ) |
|     Plaintiff | ) |
|     vs. | ) |
| | ) |
| The Amazon retailer known as 'Jancoco Max'; The Amazon retailer | ) |
| known as 'Valpeak'; The Ebay retailer known as 'taolko';  The Ebay | ) |
| retailer known as 'e_bagstore'; The Ebay retailer known as 'yazhan70'; | ) |
| The Ebay retailer known as 'boypan2011'; The Ebay retailer known as | ) |
| 'xiajianguo2011'; The Ebay retailer known as 'pan-980'; The Ebay retailer | ) |
| known as 'xiameiqin2011'; The Ebay retailer known as 'wang_oldboy'; | ) |
| The AliExpress retailer known as 'CCFUR Store' (store number 4054039); | ) |
| The AliExpress retailer known as 'Jancoco Max Official Store' (store number | ) |
| 508609) | ) |
| | ) |
|     Defendants | ) |

---

## COMPLAINT

Plaintiff, Ivanka, Inc ("Ivanka" or "Plaintiff"), by its undersigned counsel, hereby complains of The Amazon retailer known as 'Jancoco Max'; The Amazon retailerknown as 'Valpeak'; The Ebay retailer known as 'taolko';  The Ebayretailer known as 'e_bagstore'; The Ebay retailer known as 'yazhan70';The Ebay retailer known as 'boypan2011'; The Ebay retailer known as 'xiajianguo2011'; The Ebay retailer known as 'pan-980'; The Ebay retailerknown as 'xiameiqin2011'; The Ebay retailer known as 'wang_oldboy';The AliExpress retailer known as 'CCFUR Store' (store number 4054039);The AliExpress retailer known as 'Jancoco Max Official Store' (store number 508609), and for its Complaint hereby alleges as follows:

**NATURE OF THE ACTION**

1.     This is an action for copyright infringement brought against Defendants' for unauthorized and infringing uses of Plaintiff's copyrighted photograph.

2.     Plaintiff seeks damages and other relief related to Defendants' knowing and willful infringement of Plaintiff's copyrights in the original photographic work identified herein and that are the subject of this action.

**PARTIES**

3.     Plaintiff's is a marketer of online fashionable products, including footwear.  As part of the marketing campaign for Plaintiff's products, Plaintiff has photographs of the products created for distribution on various online retail platforms such as Ebay or Amazon.  One such product is FUR SLIDES, for which Plaintiff created a photograph thereof as shown in EXHIBIT A.  Plaintiff pursued and obtained federal copyright protection the photograph in EXHIBIT A in 2019.

4.     Plaintiff is the sole rights holder of the photograph work at issue in this action.

5.     Each Defendant to this action conducts significant business in Illinois and in this Judicial District through the marketing of products within Illinois, whereby the marketed products relied upon Plaintiff's copyrighted image to attract consumers to the product.  Based upon information and belief, Defendants' have been using Plaintiff's copyrighted image since at least September 2019.

**JURISDICTION AND VENUE**

6.     This Court has original subject matter jurisdiction over the claims in this action pursuant to the provisions of the Federal Copyright Act, 17 U.S.C. sec. 101, et seq.

7.     This Court has personal jurisdiction over each Defendant, in that each Defendant conducts significant

business in Illinois through marketing to Illinois-based residents utilizing the copyrighted image that is subject of this matter.

8.    Venue is proper in this Court pursuant to 28 U.S.C. section 1391, and this Court may property exercise personal jurisdiction over Defendants since each of the Defendants directly targets consumers in the United States, including Illinois, through at least fully interactive commercial Internet stores.  Defendants are reaching out to do business with Illinois residents by operating one or more commercial, interactive Internet stores by marketing product using the copyrighted image.  Each of the Defendants is committing tortious acts in Illinois, is engaging in interstate commerce, and has wrongfully caused Plaintiff substantial injury in the State of Illinois.

## FACTUAL ALLEGATIONS

9.    Plaintiff employed a freelance photographer who specializes in creating consumer-goods photographic images.

10.    Plaintiff's photographic images are primarily used to advertise and exhibit product on Internet stores and platforms.

11.    Plaintiff is the exclusive owner of all copyrights in and to the photographs identified in Exhibit A, attached hereto.

12.    On information and belief, Defendants have advertised, displayed, sold, and/or distributed hundreds of products featuring unauthorized copies of Plaintiff's photograph.

13.    The Defendants have offered to sale and sold infringing products through third-party web platforms, including Ebay and Amazon.com.

14.    By copying, displaying and selling products utilizing Plaintiff's copyrighted image, Defendants have profited from the unauthorized and illegal use of those photos.

15.    Defendants did not seek permission from Plaintiff to copy, display, distribute, and/or sell products

featuring Plaintiff's photos.

16.     Plaintiff has not been compensated for any of the sales of products featuring his copyrighted image by any of the Defendants and has no record of any licenses to any of the Defendants.

17.     Plaintiff has not been given proper credit for products offered for sale and displayed by Defendants.

18.     Because information regarding the full scope of the use of Plaintiff's photograph by the Defendants remains in Defendants' possession, the full scope of Defendants' infringement has not yet been ascertained.

## COUNT 1

### DIRECT COPYRIGHT INFRINGEMENT

19.     Plaintiff repeats and re-alleges each allegation set forth above as if set forth fully herein.

20.     Plaintiff is the registered copyright owner of the creative works identified in Exhibit A.

21.     Plaintiff has registered copyright of the subject photograph with the U.S. Copyright Office.

22.     Defendants copied, displayed, distributed, and/or sold Plaintiff's creative works without license or permission, in violation of Plaintiff's exclusive right under 17 U.S.C. sect. 106.

23.     Defendants' infringements were willful, intentional, and/or reckless.

24.     By copying, distributing, displaying, publishing, and otherwise exploiting Plaintiff's copyrighted works, Defendants infringed Plaintiff's copyrights in the works and caused Plaintiff significant injuries, damages, and losses in amounts to be determined at trial.

    **WHEREFORE,** Plaintiff respectfully prays for judgment on his behalf and for the following relief:

1.         A trial of all claims and issues so triable;

2.         A preliminary injunction against Defendants from copying, displaying, distributing, advertising, promoting, and/or exploiting in any manner the copyrighted work identified herein.

3.        All allowable damages under the Copyright Act, including statutory damages.

4.        Plaintiff's full costs and attorneys' fees incurred in pursuing and litigating this matter;

5.        For such other and further relief as the Court deems just and proper.


Respectfully Submitted:
/RDWy/

Robert M. DEWITTY
Attorney for Plaintiff
DeWitty and Associates
700 Pennsylvania Avenue, S.E.
2nd Floor
Washington, D.C. 20003
T: 202 380 9609
F: 202 513 8071
E:  admin@dewittyip.com
     rmdewitty@dewittyip.com

Dated:  October 27, 2020